86 Ripplewater Avenue
Massapequa, N.Y. 11758
March 6 , 2013

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★  MAR 08 2013  ★

LONG ISLAND OFFICE

Honorable Joseph Bianco
United States District Court
100 Federal Plaza
Central Islip, New York   11722-4448

Hon. Joseph Bianco:          Re: KERN-GUERRIERE vs. Nassau County, et. al.
                             Docket Number : CV-11-4991

The above-referenced matter is WITHDRAWN WITHOUT PREJUDICE.

                             Sincerely,


                             BARBARA KERN-GUERRIERE


BEK-G;tds


RECEIVED

2013

EDNY PRO SE OFFICE

cc: Diane Petillo
  Attorney for Defendants Nassau County et. al.
  One West Street
  Mineola, N.Y.  11501
  (516) 571-3056

  Arlene S. Zwilling, Esq.
  Attorney for Defendants Suffolk County, et. al
  100 Veterans memorial Highway
  Hauppauge, New York   11788-0099
  (631) 853-4049

  Thomas C. Sledjeski
  Attorney for Southold Town, et. al
  18 First Street
  Riverhead, New York  11901
  (631) 727-1515

  Wilson Elser Moskowitz Edelman & Dicker
  Attorney for Defendant Camier
  3 Gannett Drive
  White Plains, New York  10604
  9914) 323-7000

  Alatis and Taub
  Attorney for Defendant Pantigiotis
  2115 Avenue U
  Brooklyn, New York  11229
  (718) 891-1200

  Hamill, O'Brien, Croutier
  Attorney for Spohn
  6851 Jericho Turnpike
  Syosset, N.Y.  11791
  (516) 746-0707

  William Moore
   Attorney for Kalin
  51020 Main Rd.
  Southold, New York   11971
  (631) 765-4663

BARBARA E. KERN-GUERRIERE
86 RIPPLEWATER AVENUE
MASSAPEQUA, N.Y.    11758

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 08 2013   ★

LONG ISLAND OFFICE

CERTIFIED MAIL

7012 2920 0001 1282 6084

$6.11
00049847

UNITED STATES
POSTAL SERVICE

11722

1000

Hon. Joseph Bianco
United States District Court
100 Federal Plaza
Central Islip, New York    11722-4448

11722443600