# HAMMILL, O'BRIEN, CROUTIER, DEMPSEY, PENDER & KOEHLER, P.C.

ATTORNEYS AT LAW
6851 Jericho Turnpike, Suite 250
P.O. Box 1306
Syosset, NY 11791
(516) 746-0707
Fax (516)677-5475
e-mail tyanover@hocd.com

March 25, 2013

Gregory H. Hammill
William J. Croutier, Jr.
Wade T. Dempsey
Michael J. Pender
Richard C. Koehler

Anton Piotroski*
Merle Schrager
Brian V. Connor
Paul D. Lawless
Kathleen S. Commander
James D. Bruckner
Tina Yanover
Erin N. Mackin

Of Counsel
William J. Croutier, Sr.
Kristin Blair Tyler†

*Admitted in NY and FL
†Admitted in NY and PA

**Sent Via E-File**
Honorable Magistrate Judge E. Thomas Boyle
United States District Court
Eastern District of New York
Long Island Division
100 Federal Plaza,
Central Islip, NY 11722-4448

Re:   Kern-Guerriere/Guerriere v. County of Nassau, NCPD, P.O. Polla, P.O. Hutter, County of Suffolk, Suffolk County Sheriff's Office, Town of Southold, Town of Southold PD, Kalin, Camier, Francopolis and Spohn
Docket #:  CV-11-4991 (JFB) (ETB)
Our File:  15-1/2-6473US

Dear Honorable Judge E. Thomas Boyle:

We represent defendant, Eleanor Spohn, in the above-referenced matter. At this time we are in receipt of the Court Order of Judge Joseph F. Bianco dated March 15, 2013 and entered by the Deputy Clerk Douglas C. Palmer for the United States District Court, Eastern District of New York, that the above-entitled matter has been closed and that the case is dismissed without prejudice pursuant to Federal Rules of Civil Procedure §41(a)(2). Based on such, it is respectfully requested if the Court would please advise as to whether the telephone conference which was previously scheduled for April 3, 2013

Kern-Guerriere/Guerriere v. County of Nassau, et al  March 25, 2013
Page 2 of 3

and adjourned to June 11, 2013 at 11 a.m. on the above-referenced matter with Your Honor is now canceled in light of the dismissal of plaintiff's case without prejudice.

It is respectfully submitted that we await the Court's directive. Thank you.

                Respectfully submitted,

                HAMMILL, O'BRIEN, CROUTIER,
                DEMPSEY, PENDER & KOEHLER, P.C.

By: _____
      Tina Yanover, Esq. (9416)

TY:ds

CC:    BARBARA E. KERN-GUERRIERE
        DR. JOHN T. GUERRIERE
        Plaintiffs Pro Se
        86 Ripplewater Avenue
        Massapequa, New York 11758

        DIANE C. PETILLO, ESQ.
        Attorney for Defendants
        COUNTY OF NASSAU
        NASSAU COUNTY POLICE DEPARTMENT
        P.O. STEPHAN POLLA
        P.O. HUTTER
        One West Street
        Mineola, New York 11501
        (516) 571-3056

        ARLENE S. ZWILLING, ESQ.
        Attorney for Defendants
        COUNTY OF SUFFOLK
        SUFFOLK COUNTY SHERIFFS
        And CORRECTIONAL FACILITY
        100 Veterans Memorial Highway, 5th Floor
        Hauppauge, New York 11788-0099
        (631) 853-4049

        THOMAS C. SLEDJESKI & ASSOCIATES, PLLC
        Attorneys for Defendants
        TOWN OF SOUTHOLD

Kern-Guerriere/Guerriere v. County of Nassau, et al  
Page 3 of 3

March 25, 2013

      TOWN OF SOUTHOLD POLICE DEPT.  
      and MEMBERS JOHN DOE #1, JOHN DOE #2  
      18 First Street  
      Riverhead, New York 11901  
      (631) 727-1515

      LAW OFFICE OF WILLIAM D. MOORE  
      Attorneys for Defendants  
      LLOYD KALIN and SANDRA KALIN  
      51020 Main Road  
      Southold, New York 11971  
      (631) 765-4663

      WILSON, ELSER, MOSKOWITZ,  
      EDELMAN & DICKER  
      Attorneys for Defendant  
      WALTER CAMIER  
      3 Gannett Drive  
      White Plains, New York 10604  
      (914) 323-7000

      ALATSAS AND TAUB, P.C.  
      Attorneys for Defendants  
      G. FRANCOPOLIS and  
      PANTIGIOTIS FRANCOPOLIS  
      2115 Avenue U  
      Brooklyn, New York 11229  
      (718) 891-1200